*Tuesday, June 6, 1995*

## MOTION DOCKET

**95–403.** State ex rel. Haukedahl v. Bates. *Lucas County,* No. L–93–353. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of appellees' motion for stay of proceedings,

IT IS ORDERED by the court that the motion for stay of proceedings be, and hereby is, granted, effective June 5, 1995, pending the probate court's consideration of the parties' settlement.

IT IS FURTHER ORDERED by the court that the parties promptly notify this court of the probate court's disposition and file, if appropriate, an application for dismissal of this cause.

## MISCELLANEOUS DISMISSALS

**94–1567.** State ex rel. Carrington v. Indus. Comm. *Franklin County,* No. 93APD06–796. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective June 5, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**95–108.** Armco, Inc. v. N. Assur. Co. of Am. *Butler County,* No. CA94–02–026. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Appellant's merit brief was due May 30, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 2, 1995.

**95–524.** State ex rel. Baker v. Nunez. *Lorain County,* No. 94CA005908. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Appellant's request for an extension of time to file merit brief was granted and appellant's brief was due May 30, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 5, 1995.

**95–820.** Viccarone v. Colonial Penn Ins. Co. *Cuyahoga County,* No. 66822. This cause is pending before the court as a discretionary appeal and cross-appeal. Appellee/cross-appellant's memorandum in response and in support of cross-appeal was due May 26, 1995. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response and in support of cross-appeal in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of Colonial Penn Insurance Company be, and hereby is, dismissed *sua sponte,* effective June 5, 1995.

IT IS FURTHER ORDERED by the court that the appeal of Diane Viccarone remains pending.